Glenn Stearns, Chapter 13 Trustee<br>
801 Warrenville Road, Suite 650<br>
Lisle, IL 60532-4350<br>
Ph: (630) 981-3888   Fax: (630) 981-3896

In re:

Aaron J Lawler

Case No. 17-08532

Account No. 9977

PENNYMAC LOAN SERVICES  
PO BOX 660929  
DALLAS, TX 75266-0929

SULAIMAN LAW GROUP  
2500 S HIGHLAND AVE #200  
LOMBARD, IL 60148

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment. The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on November 17, 2017 .

/S/  Ryan Faye  
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee